UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                      )
        Plaintiff,      )  Case No. MJ09-377
                                      )
  v.                        )
                                      )  DETENTION ORDER
MARCUS LAMONT WEATHERSPOON,  )
                                      )
        Defendant.    )
_____ )

Offenses charged:

    Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Date of Detention Hearing:    August 10, 2009

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has a criminal history including obstruction, resisting arrest, assault and robbery in the 1st degree.

    (2)    Defendant has substance abuse issues.

    (3)    Defendant has 18 failures to appear or probation violations, reflecting

DETENTION ORDER            15.13
18 U.S.C. § 3142(i)           Rev. 1/91
PAGE 1

unwillingness or the inability to comply with Court orders.

    (4) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight.

    IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of August, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge